# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| DANNY JOSEPH WILSON, | : | |
| Plaintiff | : | |
| VS. | : | |
| Mailroom Officer JULIA ABRAM, *et al.*, | : | NO. 5:10-CV-312 (MTT) |
| Defendants | : | **ORDER & RECOMMENDATION** |

*Pro se* plaintiff **DANNY JOSEPH WILSON** has filed a "Motion for Access to a Photocopying Machine" (Tab # 5), which this Court construes as a motion for injunctive relief against Dooly State Prison officials.

A preliminary injunction is appropriate where the movant demonstrates that: (a) there is a substantial likelihood of success on the merits; (b) the preliminary injunction is necessary to prevent irreparable injury; (c) the threatened injury outweighs the harm that a preliminary injunction would cause to the non-movant; and (d) the preliminary injunction would not be averse to the public interest. **Parker v. State Bd. of Pardons & Paroles**, 275 F.3d 1032, 1034-35 (11th Cir. 2001). Further, "injunctive relief must relate in some fashion to the relief requested in the complaint." **Alabama v. U.S. Army Corps of Engineers**, 424 F.3d 1117, 1134 (11th Cir. 2005).

Inmates do not generally have a constitutional right to free photocopies. **Wanniger v. Davenport**, 697 F.2d 992 (11th Cir. 1983). Plaintiff therefore has not satisfied the first requirement for this Court to grant injunctive relief. Moreover, plaintiff's request to make free copies of his legal documents at Dooly State Prison is separate from his claim of denial of access to the courts against officials at Rivers State Prison raised in his underlying section 1983 complaint. As such, it is hereby **RECOMMENDED** that plaintiff's motion for injunctive relief be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may file written objections to this recommendation with the district judge to whom this case is assigned, within fourteen (14) days after being served a copy of this order.

**SO ORDERED and RECOMMENDED**, this the 4th day of November, 2010.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge