IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Danny Joseph WILSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:10-CV-312 (MTT) |
| Tony HENDERSON, *et. al*, | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (the "Recommendation") (Doc. 11) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge, having reviewed the Plaintiff's complaint (Doc. 1) pursuant to 28 U.S.C. § 1915A(a) & (b), recommends dismissing the claims against Defendants Clerk Rosemary Fordham Phillips, Deputy Clerk Kathy Cowart, and Jaimie Blackwell because the Plaintiff did not timely file his habeas petitions. The Magistrate Judge also recommends dismissing Defendants Tony Henderson and Deputy Warden Sharon Shavers because there is insufficient evidence to support supervisor liability. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The claims against the Defendants Phillips, Cowart, Blackwell, Henderson, and Shavers are **DISMISSED**. The claims against the remaining Defendants shall remain pending.

**SO ORDERED**, this the 8th day of December, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT