IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Danny Joseph WILSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CIVIL ACTION NO. 5:10-CV-312 (MTT) |
| Tony HENDERSON, *et. al*, | ) |  |
| Defendants. | ) |  |

## ORDER

This matter is before the Court on the Report and Recommendation (the "Recommendation") (Doc. 15) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge, construing the Plaintiff's Motion for Access to a Photocopying Machine (the "Motion) (Doc. 5) as a motion for injunctive relief, recommends denying the Motion because the Plaintiff has failed to demonstrate a substantial likelihood of success on the merits. The Magistrate Judge also clarified that the request to make free copies of legal documents is separate from the access to the courts argument in his underlying 42 U.S.C. § 1983 complaint. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion is **DENIED**.

**SO ORDERED**, this the 8th day of December, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT