IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Danny Joseph WILSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CIVIL ACTION NO. 5:10-CV-312 (MTT) |
| Julia ABRAMS, *et. al*, | ) |  |
| Defendants. | ) |  |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Reconsideration (Doc. 21) (the "Motion"). The Court adopted the Reports and Recommendations of United States Magistrate Judge Charles H. Weigle after they were deemed submitted without objection in the CM-ECF system (Docs. 18 & 19) (the "Orders"). After the Orders were drafted, but before they were entered, the Clerk's Office received the Plaintiff's objection (Doc. 17) (the "Objection"). The Court, *sua sponte*, reconsidered the Orders because the Objection was timely filed (Doc. 20).

Accordingly, because the Court has already reconsidered the Orders in view of the Objection, the Motion is **DENIED**.

**SO ORDERED**, this the 29th day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT