# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| Danny Joseph WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-312 (MTT) |
| Julia ABRAMS, *et. al*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation to Grant (the "Recommendation") of United States Magistrate Judge Charles H. Weigle. (Doc. 36). The Magistrate Judge, having reviewed the Defendants' Motion to Dismiss (the "Motion"), recommends granting the Motion because the Plaintiff filed an informal grievance long after the ten-day period had passed and thus failed to exhaust his available administrative remedies. The Plaintiff filed an objection to the Recommendation (the "Objection"). (Doc. 39). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Motion is **GRANTED**.

**SO ORDERED**, this the 8th day of August, 2011.

        S/Marc T. Treadwell
        MARC T. TREADWELL, JUDGE
        UNITED STATES DISTRICT COURT